ACCEPTED
01-15-00056-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/2/2015 1:23:59 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00056-CR

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT
## HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/2/2015 1:23:59 PM

CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **JUAN RUBEN GARCIA** | § | **APPELLANT** |
| | § | |
| **VS.** | § | |
| | § | |
| **THE STATE OF TEXAS** | § | **APPELLEE** |

---

## APPEAL IN CAUSE NO. 65014
## IN THE 300TH JUDICIAL DISTRICT COURT
## OF BRAZORIA COUNTY, TEXAS

---

## MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS

---

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**NOW COMES, JUAN RUBEN GARCIA,** Appellant in the above entitled and numbered cause, by and through his attorney of record, Stanley G. Schneider, and submits this Motion to Proceed on Appeal in Forma Pauperis. For good cause, Appellant shows as follows:

### I.

On October 20, 2014, a judgment was entered against Appellant finding him guilty of aggravated sexual assault of a child and sentenced him to ten years confinement in the Texas Department of Criminal Justice, Institutional Division which the jury recommended be probated. A motion for new trial was timely filed. After a hearing, the trial court denied the motion for new trial. Notice of Appeal was

1

timely given.

## II.

Appellant is a lawful permanent resident. As soon as Appellant was convicted in this cause and placed in custody as a condition of his community supervision, the United States Immigration & Customs Enforcement (ICE) took him into custody and initiated removal proceedings. Because Appellant was in the custody of the United States Government, he was not present at his hearing on the motion for new trial.

Appellant is indigent. He cannot work and pay for both an attorney and the transcript of the trial. His wife and family have retained counsel. However, because of his incarceration, Appellant cannot afford to pay the court reporter for the cost of his record. Appellant has no funds. Appellant's wife is now the primary breadwinner of the Appellant's immediate family. Since his confinement, Appellant requested that the trial court order that the cost of the record on appeal be paid by Brazoria County. Attached hereto is a copy of the Appellant's affidavit which was supplemented to the trial court at a later date.

## III.

Appellant filed a motion to proceed in forma pauperis in the trial court. Neither the State or Brazoria County controverted the motion. The trial court without a hearing denied Appellant's motion to proceed in forma pauperis. A copy of the Court's order is attached hereto. Appellant is indigent. Appellant is in custody and the government is about to order his removal from the United States. According to federal law, he cannot be released on bond pending appeal of his conviction because

2

of the removal proceedings initiated.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court allow him to proceed on appeal in forma pauperis and order Brazoria County to pay for the cost of preparation of the record on appeal.

Respectfully submitted,

SCHNEIDER & McKINNEY, P.C.

/s/ Stanley G. Schneider
Stanley G. Schneider
T.B.C. No. 17790500
440 Louisiana
Suite 800
Houston, Texas 77002
Office: 713-951-9994
Fax: 713-224-6008
Email: stans3112@aol.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing Motion to Proceed on Appeal in Forma Pauperis has been mailed and/or hand delivered on the Appellate Section of the Appellate Section of the Brazoria County District Attorney's Office, 111 E. Locust, Angleton, Texas 77515 , on this the 2nd day of February, 2015.

/s/ Stanley G. Schneider
Stanley G. Schneider